**FILED**

JAN 1 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| CHRISTOPHER REIGNIERD and SAEKO REIGNIERD,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association; and DOES 1-200, inclusive,<br><br>Defendants. | Case No. 5:11-cv-05750-HRL<br>The Honorable Judge Howard R. Lloyd<br><br>[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT REMOVED BY DEFENDANT BANK OF AMERICA, N.A.<br><br>[Civil L.R. 6-1]<br><br>Complaint Filed:  October 27, 2011<br>Trial Date:          None |

For good cause appearing, the stipulation is granted.  The defendants shall have up to and

including January 20, 2012 to file their response to the plaintiffs' complaint. THE INITIAL CASE
MANAGEMENT CONFERENCE IS CONTINUED TO APRIL 10, 2012, 1:30 pm.
**IT IS SO ORDERED.**

Dated: 1/10/12

Hon. Howard R. Lloyd
United States ~~District Court~~ Judge
Magistrate

[PROPOSED] ORDER GRANTING SECOND STIPULATION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT