**E-FILED on**   3/16/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER REIGNIERD and SAEKO REIGNIERD,<br><br>        Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A., a national banking association; and DOES 1-200, inclusive,<br><br>        Defendants. | No. CV-11-05750 RMW<br><br>ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND<br><br>**[Re Docket No. 9]** |

      Plaintiffs Christopher and Saeko Reignierd ("plaintiffs") filed the instant action alleging claims related to the foreclosure of residential property in Sunnyvale, California. Defendant Bank of America, N.A. ("defendant") moves to dismiss for failure to state a claim. Plaintiffs did not file written opposition. Defendant did not appear at oral argument. Having considered the papers submitted by the parties and the arguments of counsel, the court grants the motion to dismiss with leave to amend.

      In light of the issues raised in the briefing and hearing before the court, the motion to dismiss is granted with leave to amend within 30 days of the date of this order. Any amended pleading should allege facts showing why the foreclosure was invalid, including but not limited to specific

facts demonstrating why the Pooling Service Agreement ("PSA") renders foreclosure by ReconTrust improper.

### III. ORDER

For the foregoing reasons, the court grants defendant's motion to dismiss with leave to amend.

DATED: March 16, 2012

RONALD M. WHYTE
United States District Judge