EOE¿ŠÖÖÆÄ ₣Í ₣Œ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| CHRISTOPHER REIGNIERD and SAEKO REIGNIERD,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association; and DOES 1-200, inclusive,<br><br>Defendants. | Case No. 5:11-cv-05750-RMW<br>The Honorable Judge Ronald M. Whyte<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>[Civil L.R. 16-2(e)]<br><br>FAC Filed:    April 16, 2012<br>Complaint Filed: October 27, 2011<br>Trial Date:    None |

For good cause appearing, the stipulation is granted.  The case management conference currently scheduled for May 18, 2012 is continued to July 20, 2012 at ~~9:00~~ a.m. and the parties shall

file their joint case management statement no later than July 13, 2012.

**IT IS SO ORDERED.**

Dated: Í ₣Í ₣G _____

*Ronald M. Whyte*

Hon. Ronald M. Whyte
United States District Court Judge

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE