| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER REIGNIERD and SAEKO REIGNIERD, | | Case No. 5:11-cv-05750 RMW |
| | Plaintiff, | **ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE HEARING DATE AND TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |
| v. | | |
| BANK OF AMERICA, N.A., a national banking association, | | |
| | Defendant. | |

Upon consideration of the motion of plaintiffs Christopher Reignierd and Saeko Reignierd ("Plaintiffs") to continue the hearing date and extend the briefing schedule regarding defendant Bank of America, N.A.'s ("Defendant") motion to dismiss, the declaration of Jonathan M. Reymann in support thereof, and for good cause shown, it appears to the satisfaction of this Court that the hearing on Defendant's motion should be continued and a new briefing schedule permitted.

**IT IS HEREBY ORDERED** that the parties meet and confer to agree on a briefing schedule and hearing date. Once the parties have reached an agreement, they must file a stipulation with the court containing the briefing and hearing schedule. In order to set a hearing, the parties must call the courtroom deputy, Jackie Garcia, at 408-535-5375.

**IT IS SO ORDERED.**

Dated: July 10, 2012

_Ronald M. Whyte_
HON. RONALD M. WHYTE